[No. 12847–7–I. Division One. April 14, 1986.]

GLORIA CLARIZA, *Respondent,* v. GLYNDA AUGUSTO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–2–15956–7, Gary M. Little, J., entered January 24, 1983. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Swanson and Ringold, JJ.

[No. 14961–0–I. Division One. April 14, 1986.]

ROBERT HARRY KURO, *Appellant,* v. KENNETH DUCHARME, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84–2–00279–2, Dennis J. Britt, J., entered June 18, 1984. *Affirmed* by unpublished opinion per Schumacher, J. Pro Tem., concurred in by Cole and Utter, JJ. Pro Tem.

[No. 14517–7–I. Division One. April 14, 1986.]

PRIME LAND, ET AL, *Appellants,* v. HAROLD T. BUTTS, JR., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 83–2–02033–4, John F. Wilson, J., entered February 24, 1984. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Scholfield, C.J., and Grosse, J.